UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32943 |
|---|---|
| CHARLES E PAGE SR. | (Chapter 13) |
| WANDA J PAGE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 6 | ACE AMERICAS CASH EXPRESS 5232<br>5250 B NORTH DIXIE DR<br>DAYTON, OH  45414 | 123.52 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Certificate of Service         06-32943

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CHARLES E PAGE SR. | THOMAS D BERRY | (6.1) |
| WANDA J PAGE | 4630 SALEM AVE | ACE AMERICAS CASH EXPRESS 5232 |
| 601 CHANDLER DRIVE | DAYTON, OH  45416 | 5250 B NORTH DIXIE DR |
| DAYTON, OH  45426 | | DAYTON, OH  45414 |
| | | |
| (1016.1n) | (23.1n) | (24.1n) |
| B LINE LLC | CAPITAL ONE AUTO FINANCE | RECOVERY MANAGEMENT SYSTEMS CO |
| MS 550 | % ASCENSION CAPITAL GROUP | 25 SE 2ND AVENUE |
| BOX 91121 | BOX 201347 | SUITE 1120 |
| SEATTLE, WA  98111 | ARLINGTON, TX  76006 | MIAMI, FL  33131 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv